IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MRS. DARLENE M. STRUNK | : | CIVIL ACTION |
| MS. CYNTHIA M. YODER, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| EAST COVENTRY TOWNSHIP | : | NO. 17-3339 |
| POLICE DEPARTMENT, et al. | : | |
| Defendants. | : | |

FILED
NOV 22 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

<u>ORDER</u>

AND NOW, this 22nd day of November, 2017, upon consideration of plaintiffs' motion for reconsideration (ECF No. 16) and their *pro se* complaint, it is ORDERED that:

1. The motion for reconsideration is GRANTED. Plaintiffs are GRANTED leave to proceed *in forma pauperis*.

2. The complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) & (ii) for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
JUAN R. SANCHEZ, J.